# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 30, 2025

### NO. 03-23-00520-CV

**Farrah Arsenia Agustin-Bunch, Appellant**

**v.**

**Texas Medical Board, Appellee**

---

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the Final Judgment signed by the trial court on August 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's Final Judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.